IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROGER G. LEWIS,** | ) | Case No: 8:09-cv-443 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **KINZE MANUFACTURING, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter comes before the Court upon the Joint Motion for Dismissal filed by the above-named parties. The Court, being fully advised in the premises, finds that such dismissal shall be granted.

It is therefore ordered that the above-entitled matter is dismissed. Each party shall be responsible for their own costs.

**DATED** this 2nd day of February, 2010.

BY THE COURT:

/s Joseph F. Bataillon
_____
Joseph F. Bataillon, Chief Judge
United States District Court for Nebraska